# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHU SAMEER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE RIGHT MOVE 4 U, et al.,<br><br>　　　　　Defendants. | **CASE NO. 1:17-CV-0886-AWI-EPG**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR PERMISSION TO E-FILE**<br><br>**(Doc. 3)** |

Plaintiff Madhu Sameer ("Plaintiff") brings the instant action, alleging that the defendant moving companies and their employees ("Defendants") misappropriated Plaintiff's property. Along with the Complaint, Plaintiff filed a motion to proceed in forma pauperis and a supporting affidavit including a statement of assets and liabilities. Doc. 2; *see* 28 U.S.C. § 1915(a)(1). Plaintiff owns a 2012 Toyota Prius and a home in California, collectively valued at approximately $306,000.00. Doc. 2 at 2. Plaintiff also has $1,500.00 in cash. *Id*. Although Plaintiff is unemployed and does have monthly expenses, Plaintiff has assets and other income such that the Court cannot conclude that Plaintiff is "unable to pay" the required $400.00 filing fee. *See* 28 U.S.C. § 1915(a)(1). Plaintiff's motion to proceed in forma pauperis will is DENIED. Plaintiff must pay

1

the $400.00 filing fee within 45 days of the date of this order or this action will be dismissed without prejudice.

Next, Plaintiff has requested leave to be permitted to e-file documents in this Court's CM/ECF case management system. Plaintiff lives in New Zealand. Plaintiff represents that mailing documents to this Court from New Zealand takes up to 15 days. E-filing privileges would significantly reduce the inconvenience to Plaintiff. The Request for Leave is GRANTED. The Clerk of the Court is directed to mail to Plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service." Plaintiff shall be responsible for filing all documents in paper form, until such time as Plaintiff signs and returns the Clerk's "Petition by Pro Se Litigant" form and is issued a login and password. In addition, Plaintiff must provide to the clerk and must maintain a working email address.

IT IS SO ORDERED.

Dated:   September 13, 2017

_____
SENIOR DISTRICT JUDGE