# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHDU SAMEER,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>RIGHT MOVES 4 U, MICHELLE FRANKLIN, DYLAN CORTINA, XO MOVING SYSTEMS, CONROY REMOVALS, FIONA CONROY, MONICA MCKINLEY, SHIPCO TRANSPORT, and DOES 1 thru 48,<br><br>　　　　Defendants | CASE NO. 1:17-CV-886 AWI-EPG<br><br>ORDER ON<br>PLAINTIFF'S MOTION ENTITLED "REQUEST FOR RECONSIDERATION OF PREVIOUS ORDER"<br><br>(Doc. No. 88) |

Mahdu Sameer, appearing *pro se*, has alleged multiple causes of action against multiple Defendants arising from a dispute over the failure to deliver her personal possessions from her former residence in Fresno, CA to her current residence in New Zealand. Plaintiff has filed a "request for reconsideration of previous order," seeking relief from the Court's imposition of a page limit on its permission to amend to the Third Amended Complaint ("3AC") or, alternatively, additional time to pare down her previous complaint.

Plaintiff's request for reconsideration, to extend beyond the page limit, is denied. The rationale for this decision is set forth in the Court's "Order on [*inter alia*] Plaintiff's Motions." *See* Doc. No 87. Plaintiff will be granted additional time to amend her complaint.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1.　Plaintiff's request (Doc. No. 88) to file a third amended complaint that extends beyond

the page limits imposed in the Court's previous Order is DENIED;

2. Plaintiff's request (Doc. No. 88) for an additional time to file her third amended complaint is GRANTED, making her amended complaint due by May 21, 2018; and

3. The remainder of this case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: May 8, 2018

_____
SENIOR DISTRICT JUDGE